EXHIBIT A

United States Bankruptcy Court
Western District of Texas

In re:
Travis J Engebretson
       Debtor

Case No. 18-11415-tmd
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-1         User: admin         Page 1 of 2         Date Rcvd: Feb 08, 2019
                             Form ID: 318       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
```
db           +Travis J Engebretson,    2302 Wheaton Trl,    Cedar Park, TX 78613-6031
17506372     +Account Services,    1802 NE Loop 410, Ste 400,    San Antonio, TX 78217-5298
17506373    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  CBNA,     50 Northwest Point Road,    Elk Grove Village,IL 60007)
17506374     +Cenlar FSB,    c/o Albertelli Law,    2201 W. Royal Lane, Suite 155,    Irving,TX 75063-3200
17506376     +City of Cedar Park(water utility),    450 Cypress Creek Rd, Building 2,
               Cedar Park, TX 78613-4194
17506378     +Grand Canyon University,    3300 W Camelback Rd,    Phoenix,AZ 85017-1097
17506379     +Julie K Engebretson,    c/o Texas Child Support State Disbursal,    PO Box 659791,
               San Antonio,TX 78265-9791
17506380     +Medical Data Systems I,    645 Walnut St.,Suite 5,    Gadsden,AL 35901-4173
17511633      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
17506382     +Merchants & Professional,    5508 Parkcrest Dr., Ste 210,    Austin, TX 78731-4929
17506388     +Spectrum,    1600 Dublin Rd,    Columbus,OH 43215-2098
17506389     +UHEAA,    PO Box 61047,    Harrisburg,PA 17106-1047
17520283     +Union Home Mortgage,    Albertelli Law,    2201 W. Royal Ln., Ste. 155,    Irving, TX 75063-3200
17506390     +Union Home Mortgage Co,    8241 Dow Cir,    Strongsville,OH 44136-1761
17517620     +Williamson County,    c/o Tara LeDay,    P.O. Box 1269,    Round Rock, TX 78680-1269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QRNOSHEROW.COM Feb 09 2019 05:18:00      Randolph N Osherow,    342 W Woodlawn, Suite 100,
               San Antonio, TX 78212-3314
ust          +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Feb 09 2019 00:54:24
               United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
               Austin, TX 78701-2450
17506375     +EDI: CHASE.COM Feb 09 2019 05:18:00      Chase Card,    PO Box 15298,    Wilmington,DE 19850-5298
17506377      EDI: CMIGROUP.COM Feb 09 2019 05:18:00      Credit Management,    PO Box 118288,
               Carrollton, TX 75011-8288
17506381      EDI: DAIMLER.COM Feb 09 2019 05:18:00      Mercedes Benz Financial Services,
               13650 Heritage Valley Parkway,    Fort Worth,TX 76177
17506383     +EDI: NAVIENTFKASMSERV.COM Feb 09 2019 05:18:00      Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
17506385      E-mail/Text: bkrgeneric@penfed.org Feb 09 2019 00:52:56      Pentagon Federal Credit Union,
               P O Box 1432,    Alexandria, VA  22313
17506386      EDI: PRA.COM Feb 09 2019 05:18:00      Portfolio Recovery Associates,LLC,
               120 Corporate Boulevard, Ste 100,    Norfolk, VA 23502
17506384     +E-mail/Text: recovery@paypal.com Feb 09 2019 00:52:50      Pay Pal,    2211 N. 1st Street,
               San Jose,CA 95131-2021
17506387      E-mail/Text: BANKRUPTCY@RBFCU.ORG Feb 09 2019 00:53:52      RBFCU,    PO Box 2097,
               Universal City,TX 78148-2097
17506391     +EDI: VERIZONCOMB.COM Feb 09 2019 05:18:00      Verizon Wireless,    PO Box 408,
               Newark,NJ 07101-0408
17506393     +EDI: WFFC.COM Feb 09 2019 05:18:00      WF CRD SVC,    PO 14517,    Des Moines,IA 50306-3517
17506392     +EDI: WFFC.COM Feb 09 2019 05:18:00      Wells Fargo Bank,    PO Box 6995,
               Portland,OR. 97228-6995
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Williamson County,    c/o Tara LeDay,    P.O. Box 1269,    Round Rock, TX  78680-1269
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                      Signature:   /s/Joseph Speetjens

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED:** A change was made to the item(s) based on your dispute.

---

**RANDOLPH BROOKS FCU** #534607170122**** ( PO BOX 2097, UNIVERSAL CTY, TX 78148-2097, Phone number not available )

We investigated the information you disputed and updated: **Balance; Date Updated; Past Due; Remarks; Date Paid; Maximum Delinquency; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: 07/21/2016 | Balance: $16,442 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 04/10/2023 | Terms: Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 10/04/2017 | Date Closed: 02/01/2018 |
| Loan Type: CREDIT CARD | High Balance: $16,442 | >Maximum Delinquency of 120 days in 04/2018 and in 06/2018< |
| | Original Charge-off: $16,422 | |
| | Credit Limit: $15,000 | |
| | Past Due: >$16,442< | |

**Remarks:** CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 10/2024

| | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | 30 | OK | OK | OK | OK |

| | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



### Account Info

| | |
|---|---|
| Account Name | **RANDOLPH BROOK FED CR UN** |

| | |
|---|---|
| Account Number | 534607XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 07/21/2016 |
| Status | Account charged off. $16,422 written off. $16,422 past due as of Jan 2023. |
| Status Updated | Jul 2018 |
| Balance | $16,422 |
| Balance Updated | 01/13/2023 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $15,000 |
| Highest Balance | $16,442 |
| Terms | - |
| On Record Until | Aug 2024 |



## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | — | — | — | — | — | — | CO | CO | CO | CO | CO | CO |

CO    Charge off

**Payment history guide**

Charge Off as of Nov 2018 to Jan 2023, Aug 2018 to Oct 2018, Jul 2018

This account is scheduled to continue on record until Aug 2024.



## Contact Info

| | |
|---|---|
| Address | PO BOX 2097, UNIVERSAL CITY TX 78148 |

## Comment

**Current:**

Account closed at credit grantor's request.

## Previous:

None

## Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2023.

## 2.10 RANDOLPH BRKS CU (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxx 5255 | **Reported Balance** | $16,442 |
| **Account Status** | UNAVAILABLE | **Available Credit** | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |

EQUIFAX     TRAVIS ENGEBRETSON | Jul 05, 2023     Page 28 of 93

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |

## Payment History

You currently do not have any Payment History in your file.

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| **High Credit** | **Owner** | INDIVIDUAL |
|---|---|---|

EQUIFAX    TRAVIS ENGEBRETSON | Jul 05, 2023    Page 29 of 93

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| | | | |
|---|---|---|---|
| **Credit Limit** | | **Account Type** | REVOLVING |
| **Terms Frequency** | UNKNOWN | **Term Duration** | 0 |
| **Balance** | $16,442 | **Date Opened** | Jul 21, 2016 |
| **Amount Past Due** | $16,442 | **Date Reported** | May 02, 2023 |
| **Actual Payment Amount** | | **Date of Last Payment** | Oct 2017 |
| **Date of Last Activity** | Dec 2017 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 15 | **Delinquency First Reported** | |
| **Activity Designator** | | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Feb 2018 |
| **Date of First Delinquency** | | | |

## Comments

## Contact

RANDOLPH BRKS CU
BLDG 290 HARMON DRIVE
RANDOLPH AFB, TX  78148

EQUIFAX | TRAVIS ENGEBRETSON | Jul 05, 2023 | Page 30 of 93

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

**EXHIBIT E**

## Account Information

| | |
|---|---|
| **Address** | PO BOX 2097 UNIVERSAL CTY, TX 78148-2097 |
| **Phone** | Phone number not available |
| **Date Opened** | 07/21/2016 |
| **Responsibility** | Individual Account |

| | |
|---|---|
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $16,442 |
| **Date Updated** | 04/22/2023 |
| **Last Payment Made** | 10/04/2017 |
| **High Balance** | $16,442 |
| **Credit Limit** | $15,000 |
| **Past Due** | $16,442 |
| **Pay Status** | >Charge-off< |
| **Terms** | Paid Monthly |
| **Date Closed** | 02/01/2018 |
| **Estimated month and year this item will be removed** | 10/2024 |
| **Remarks** | CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF |

**Payment History**

| July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| January 2021 | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 |
|---|---|---|---|---|---|
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |
| January 2023 | February 2023 | March 2023 | | | |
| Rating **C/O** | Rating **C/O** | Rating **C/O** | | | |